U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUL 24 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CATHRYN MALLET** | : | **DOCKET NO. 06-cv-2001** |
| VS. | : | JUDGE MINALDI |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. In the alternative, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the Commissioner's decision be affirmed and this matter be DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24 day of July, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE